UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON,<br><br>                                    Plaintiff,<br><br>            v.<br><br>B. CATES,<br><br>                                    Defendant. | Case No. 1:21-cv-00740-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR SCREENING AND FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 1) |

The Court has considered the requests by defendant B. Cates ("Defendant") for the Court to screen Plaintiff's complaint and for an extension of time to respond to Plaintiff's Complaint if it survives the Court's screening under 28 U.S.C. § 1915A (ECF No. 1).

Good cause appearing for the requests, the Court shall screen Plaintiff's Complaint and Defendant shall have thirty (30) days from the date of the screening order to file a responsive pleading to any Complaint that passes the Court's screening.

IT IS SO ORDERED.

   Dated:  **May 10, 2021**                             /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE

1