UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. PEYTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. CATES,<br><br>　　　　Defendant. | No. 1:21-cv-00740-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT<br><br>(Doc. No. 19) |

Plaintiff Raymond Peyton is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 16, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed. (Doc. No. 15.) On October 28, 2021, the court adopted those findings and recommendations, dismissed plaintiff's complaint, and closed this case. (Doc. No. 17.) On November 8, 2021, plaintiff filed a motion to alter or amend the court's judgment pursuant to Federal Rule of Civil Procedure 59(e). (Doc. No. 19.) The court has reviewed plaintiff's motion and concludes that it makes the same frivolous arguments previously addressed by this court. Plaintiff's motion will therefore be denied.

/////

/////

/////

1

Accordingly,

1. Plaintiff's motion to alter or amend the judgment (Doc. No. 19) is denied;
2. This case shall remain closed; and
3. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated: **January 13, 2022**

UNITED STATES DISTRICT JUDGE